UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*, | CASE NO. C18-1290-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DBE ELECTRIC, INC., and MARY LERDAHL | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On August 30, 2018, Plaintiffs filed their complaint. (Dkt. No. 1.) On August 31, 2018, Plaintiffs issued a summons on Defendants. (Dkt. No. 2.) Defendants have neither appeared in this matter, nor filed an answer.

Plaintiffs are ORDERED to show cause why the Court should not enter default against Defendants. Alternatively, Plaintiffs shall file a stipulated dismissal of their claims. Plaintiff shall respond to this order no later than Monday, November 26, 2018.

//

//

//

MINUTE ORDER
C18-1290-JCC
PAGE - 1

1      DATED this 19th day of November 2018.

2                                                    William M. McCool
                                                     Clerk of Court
3
                                                     s/Tomas Hernandez
4                                                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26