THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>DBE ELECTRIC, INC. and MARY LERDAHL,<br><br>　　　　　　　Defendants. | CASE NO. C18-1290-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 14). The Court has considered the motion and the relevant record and FINDS that:

(1) Defendants DBE Electric, Inc. and Mary Lerdahl were properly served in this matter on or about September 8, 2018 (Dkt. Nos. 8, 9);

(2) The Clerk entered an order of default against Defendants on November 21, 2018 (Dkt. No. 12);

(3) Defendants have failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for default judgment (Dkt. No. 14) is GRANTED in its

entirety. The Court ORDERS as follows:

That Plaintiffs are awarded judgment against Defendant DBE Electric, Inc. in the amounts hereinafter listed, which amounts are due to Plaintiffs for the July 2016 through June 2018 audit period: for contributions of $69,983.67, for liquidated damages of $8,537.51, for pre-judgment interest of $11,466.07, for audit fees for the July 2016 through June 2018 audit period of $15,499.70, for attorney fees of $11,810.00, and for costs of $530.00; all for a total of $117,826.95.

That Plaintiffs are awarded judgment against Defendant Mary Lerdahl, jointly and severally in the amounts hereinafter listed, which amounts are due to Plaintiffs on the remaining unpaid vacation contributions for the July 2016 through June 2018 audit period: for $3,890.25 in vacation contributions, $778.05 in liquidated damages, $637.37 in interest; all for a total of $5,305.67.

This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, pursuant to 29 U.S.C. § 1132(g).

DATED this 4th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE